IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JENNA DORTON,                                     :
                                                  :                   No.   23-cv-775-JMY
            v.                                    :
                                                  :
ANTHONY RIVERA, *et al.*,                         :

## SCHEDULING ORDER

**AND NOW**, this __24th__ day of May, 2023, it is **ORDERED** as follows:

1.      The parties shall comply with the following deadlines:

      a.      All fact discovery shall be completed by **Friday, September 22, 2023.**

      b.      The parties shall produce their expert report(s) by **Friday, October 6, 2023**; rebuttal expert report(s) shall be produced by **Friday, October 20, 2023;** all expert discovery, including all depositions of expert witnesses, shall be completed by **Friday, November 3, 2023**.

      c.      All motions for summary judgment and *Daubert* motions shall be filed no later than **Tuesday, December 5, 2023**.  Responses to such motions shall be filed no later than **Friday, January 5, 2024.**

2.      This case is referred to United States Magistrate Judge Carol Sandra Moore-Wells for settlement purposes.  Judge Moore-Wells will contact counsel to initiate the settlement process.  As a general rule, the Court will not extend or stay the foregoing case management deadlines pending the conduct of settlement discussions.

3.      A Final Pretrial Conference will be held on **Tuesday, April 9, 2024 @ 10:00 A.M.**  Counsel shall appear by remote video and will be notified by Chambers via email with instructions on how to participate remotely.  No later than **seven (7) days before the Final Pretrial Conference**, the parties shall file their Pretrial Memoranda in accordance with Local

Rule of Civil Procedure 16.1(c) and Judge Younge's Policies and Procedures.  A trial date, and

deadlines for other pretrial submissions (such as exhibits, jointly proposed *voir dire* and jury

instructions, and motions *in limine*), will be set by the Court at, or shortly after, the Final Pretrial

Conference.

       4.      Counsel are referred to Judge Younge's operating procedures for further

information:  http://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge

       **IT IS SO ORDERED.**

                                            **BY THE COURT:**

                                          /s/ *John Milton Younge*
                                          **JUDGE JOHN MILTON YOUNGE**